## Commonwealth ex rel. Rowe *v.* Rowe, Appellant.

Argued October 1, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*George C. Klauder,* for appellant.

*Philip Richman,* with him *Richman & Richman,* for appellee.

PER CURIAM, October 10, 1946:

The court below, after hearing, entered an order directing the appellant to pay the relatrix, his wife, the sum of $25 weekly for her maintenance and support. This appeal followed.

We have carefully examined the record and are of opinion that under all the circumstances the court below did not abuse the discretion which it has in this type of proceeding.

Order affirmed.